UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Civil No. 1:09-CV-126

vs.                                    Hon. Paul L. Maloney
                                         Chief United States District Judge

$114,813 UNITED STATES CURRENCY,

       Defendant.
_____/

## MOTION TO LIFT THE STAY OF THE CIVIL FORFEITURE PROCEEDINGS

The United States of America, by and through its attorneys, Donald A. Davis, United States Attorney for the Western District of Michigan, and Heath M. Lynch, Special Assistant United States Attorney, moves this Court to lift the stay of this action, which stay went into effect by Order of this Court dated May 28, 2009. Claimant Scott Milliron was sentenced on Monday, November 23rd.

                                          Respectfully submitted,

                                          DONALD A. DAVIS
                                          United States Attorney

                                          /s/ Heath M. Lynch
Dated: November 30, 2009         HEATH M. LYNCH
                                          Special Assistant United States Attorney
                                          P.O. Box 208
                                          Grand Rapids, MI 49501-0208
                                          (616) 456-2404

       IT IS SO ORDERED:

Dated: November 30 , 2009           /s/ Paul L. Maloney
                                          PAUL. L. MALONEY
                                          Chief United States District Judge