UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$114,813 UNITED STATES
CURRENCY,

_____/

ONE 2001 FORD F-150 TRUCK,
VIN 1FTRW08L91KA08043,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cv-126
          1:09-cv-668

## ORDER GRANTING MOTION TO CONSOLIDATE

This matter is before the Court on the Stipulated Motion to Consolidate. The United States and Claimant Scott Matthew Milliron seek to consolidate File No. 1:09-cv-126, *United States vs. $114,813 United States Currency*, with the civil forfeiture action, File No. 1:09-cv-668, *United States vs. One 2001 Ford F-150 Truck, VIN 1FTRW08L91KA08043*. The Court being fully advised:

**IT IS HEREBY ORDERED** that the Stipulated Motion to Consolidate is **GRANTED**. Future filings shall be made in the lead case, Case No. 1:09-cv-126.

Date: December 7, 2009

     /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge